# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DISTRICT

| | |
|---|---|
| **BRITTANY CRANE RHINEHART,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.: _____ |
| ) | |
| **DIVERSIFIED CENTRAL, INC.;** ) | |
| **DIVERSIFIED CONSULTANTS, INC.;** ) | |
| **JEFFERSON CAPITAL SYSTEMS, LLC** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendants,[1] Diversified Consultants, Inc. d/b/a Diversified Central, Inc. ("DCI") and Jefferson Capital Systems, Inc. ("JCAP") (hereinafter, collectively "Defendants"), through undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 *et seq.*, hereby removes this action from the Circuit Court of Cherokee County, Alabama, to the United States District Court for the Northern District of Alabama. In support of this Notice of Removal, Defendants state as follows:

1. On March 8, 2017, Plaintiff, Brittany Crane Rhinehart ("Plaintiff"), commenced a civil action in the Circuit Court of Cherokee County, Alabama, entitled and captioned *Brittany Crane Rhinehart v. Diversified Central Inc., Diversified Consultants, Inc., and Jefferson Capital Systems, LLC*, Case No. 13-CV-2017-900018.00 (hereinafter the "State Court Action"). No further proceedings before the State Court have occurred.

---

[1] Diversified Central, Inc., listed as a Defendant in this action, is a legal tradename for Diversified Consultants, Inc. and not a party to this lawsuit.

2. In the Complaint, Plaintiff alleges statutory causes of action against Defendants under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq.* and the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227, *et seq.* A true and correct copy of Plaintiff's Complaint is attached hereto as Exhibit "A." Therefore, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint alleges a cause of action arising under the laws of the United States. Because Plaintiff affirmatively alleges violations of the TCPA and RICO Act, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. Furthermore, in the Complaint, Plaintiff alleges she is a citizen of Alabama, JCAP a citizen of Georgia, and DCI a citizen of Florida. Exhibit A at ¶¶ 3-6. Plaintiff also seeks compensatory and punitive damages in the amount of $5,000,000. *Id.* at unnumbered paragraph on page 14. Because the Complaint has alleged complete diversity and prays for damages in excess of $75,000, this Court also has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1332 and is removable pursuant to 28 U.S.C. § 1441.

4. On March 20, 2017, DCI and JCAP were served with a copy of the Summons and Complaint.

5. The time within which DCI and/or JCAP is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this Notice of Removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which DCI and/or JCAP was served with Plaintiff's Complaint. *See* 28 U.S.C. § 1446.

6. The Circuit Court of Cherokee County, Alabama, is located within the United States District Court for the Northern District of Alabama. Therefore, venue for purposes of removal is proper pursuant to 28 U.S.C. § 89(b) because the United States District Court for the Northern District of Alabama embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

7. Written notice of this Notice of Removal of this action is being immediately provided to the Circuit Court of Cherokee County, Alabama. *See* Exhibit "B" attached hereto.

8. Written notice of this Notice of Removal of this action is being caused to be served on the Plaintiff.

WHEREFORE, Defendant, Diversified Consultants, Inc., gives notice that this action is removed from the Circuit Court of Cherokee County, Alabama, to the United States District Court for the Northern District of Alabama.

Dated: April 18, 2017.

Respectfully Submitted,

*/s/ Laura C. Nettles, Esq.*
Laura C. Nettles (ASB-5805-S63L)
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road, Suite 100,
Birmingham, Alabama 35213
Telephone: (205) 967-8822
Facsimile: (205) 967-2380
Email: lnettles@lgwmlaw.com
*Attorney for Defendants,*
*Diversified Consultants, Inc. and*
*Jefferson Capital Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2017 a copy of the foregoing was forwarded to counsel of record, via U.S. mail, postage prepaid.

H. Gregory Harp, Esq.
Gregory Harp LLC
459 Main Street, Suite 101-266
Trussville, AL 35173

*/s/ Laura C. Nettles, Esq.*
Laura C. Nettles, Esq.
OF COUNSEL