IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DISTRICT

BRITTANY CRANE RHINEHART,

    Plaintiff,

v.

DIVERSIFIED CENTRAL, INC.;
DIVERSIFIED CONSULTANTS, INC.;
JEFFERSON CAPITAL SYSTEMS, LLC

    Defendant.
_____/

Case No. 4:17-cv-00624-SGC

Motion is OPPOSED

## CERTIFICATION OF GOOD FAITH CONFERENCE

On May 12, 2017, undersigned counsel attempted in good faith to confer with plaintiff's counsel vie e-mail to resolve the issues raised in this Motion without Court intervention. Undersigned counsel explained Defendants would likely file a Motion to Dismiss the Amended Complaint in its entirety, and asked if plaintiff would stipulate to a stay of discovery while the motion is pending. Plaintiff's counsel responded that same day and explicitly stated he opposed any request that discovery be delayed.

## MOTION TO STAY DISCOVERY & TEMPORARILY SUSPEND RULE 26 OBLIGATIONS AND INCORPORATED MEMORANDUM OF LAW

Now comes defendants, Jefferson Capital Systems, LLC ("JCAP"), and Diversified Consultants, Inc. d/b/a Diversified Central Inc. ("DCI") (collectively,

1

the "Defendants"), and under Federal Rule of Civil Procedure 26(c), file this Motion to Stay Discovery & Temporarily Suspend Rule 26 Obligations pending this Court's ruling on Defendant's Motion to Dismiss the Amended Complaint, and submits the following memorandum of law in support of its motion.

## I. BACKGROUND

On March 8, 2017, plaintiff filed this action alleging Defendants engaged in a criminal conspiracy giving rise to violations of the Racketeering Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1961, *et seq.*, and other federal and state law. After timely removing the case, Defendants filed a Motion to Dismiss the Complaint. *See* Dkt. No. 4. Though Plaintiff filed an Amended Complaint, she failed to cure the pleading deficiencies articulated in the Motion to Dismiss. *See id.* & Doc. No. 9. Therefore, filed contemporaneously herewith, Defendants are filing a dispositive Motion to Dismiss the amended complaint in its entirety. *See* Doc. No. 14. Pending a ruling on this motion, Defendants request the Court stay discovery and suspend the other Rule 26 obligations until the motion is ruled upon.

## II. LAW AND ARGUMENT

Federal courts have broad discretion to stay proceedings where appropriate as part of their inherent authority to control their docket. *See Clinton v. Jones*, 520 U.S. 681, 706 (1997). A discovery stay is appropriate where the movant shows

"good cause and reasonableness." *Bocciolone v. Solowsky*, 2008 WL 2906719, *2 (S.D. Fla. July 24, 2008). Because dispositive motions can terminate a case in its entirely, discovery stays are considered reasonable and appropriate pending the decision on such motion. *See Cotton v. Massachusetts Mutual Life Ins. Co.*, 402 F.3d 1267, 1292 (11th. Cir. 2005). Specifically, the Eleventh Circuit has held a dispositive motion to dismiss <u>should be resolved before discovery begins</u>. *See id.*; *see also String Cheese Incident, LLC v. Stylus Shows, Inc.*, 2006 WL 894955, *2 (D. Co. March 30, 2006) ("[S]ubjecting a party to discovery when a motion to dismiss for lack of personal jurisdiction is pending may subject him to undue burden or expense, particularly if the motion to dismiss is later granted."); *Blevins v. Aksut*, 2015 WL 2097984, at *2 (S.D. Ala. Apr. 29, 2015) (affirming magistrate's order to stay discovery pending the resolution of the motion to dismiss).

Here, staying discovery is appropriate. If the Court grants Defendants' motion, there is no need for any discovery. On the other hand, subjecting Defendants to discovery will impose a significant and potentially unnecessary burden on Defendants, expend unnecessary judicial resources, and require the parties to incur unnecessary attorney's fees and costs. On balance, justice is best served by staying discovery pending the outcome of this Court's ruling.

## III. CONCLUSION

WHEREFORE, Defendants, Jefferson Capital Systems, LLC, and Diversified Consultants, Inc. d/b/a Diversified Central Inc., request the Court enter an order staying discovery from Defendants pending ruling on Defendants' Motion to Dismiss the Amended Complaint, and for any other relief the Court deems proper.

Respectfully submitted,

 /s/Michael D. Alltmont
Michael David Alltmont (admitted PHV)
Sessions Fishman Nathan & Israel
3850 N. Causeway Blvd., Ste. 200
Metairie, LA 70002-3700
504-828-3700
Fax: 504-828-3737
Email: malltmont@sessions.legal

Laura C. Nettles, Esq.
Lloyd, Gray, Whitehead & Monroe, P.C.
880 Montclair Road, Suite 100,
Birmingham, Alabama 35213
Telephone: (205) 967-8822
Facsimile:  (205) 967-2380
Email: lnettles@lgwmlaw.com

*Attorneys for Defendants,*
*Diversified Consultants, Inc. and*
*Jefferson Capital Systems, LLC*

## APPENDIX III.D. CERTIFICATION

I have affirmatively and diligently sought to submit to the court only those documents, factual allegations, and arguments that are material to the issues to be resolved in the motion, that careful consideration has been given to the contents of all submissions to ensure that the submissions do not include vague language or an overly broad citation of evidence or misstatements of the law, and that all submissions are non-frivolous in nature.

_/s/Michael D. Alltmont_____
Michael David Alltmont (admitted PHV)

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2017 a copy of the foregoing was served electronically via CM/ECF on the following:

H. Gregory Harp, Esq.
Gregory Harp LLC
459 Main Street, Suite 101-266
Trussville, AL 35173

_/s/Michael D. Alltmont_____

Attorney